ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

SONYA NICOLE HAMLIN

\*     IN THE

\*     SUPREME COURT

\*     OF MARYLAND

\*     AG No. 1

\*     September Term, 2025

ORDER

Upon consideration of the parties' joint petition for the indefinite suspension, pursuant to Rule 19-736(b), of attorney Sonya Nicole Hamlin, it is this 20th day of August 2025, by the Supreme Court of Maryland,

ORDERED that the joint petition for indefinite suspension is granted, and, effective immediately, Respondent, Sonya Nicole Hamlin, is indefinitely suspended from the practice law in the State of Maryland for violation of Rules 19-301.1, 19-301.2(a), 19-301.3, 19-301.4(a)(2) and (3), 19-301.5(b), 19-301.15(a) and (c), 19-301.16(d), 19-308.4(a) and (c), 19-407(b) of the Maryland Attorneys' Rules of Professional Conduct and Sections 10-304 and 10-306 of the Maryland Business Occupations and Professions Article; and it is further

ORDERED that, as proposed in the joint petition, as a condition precedent to reinstatement, Respondent shall complete the three following continuing legal education classes through the Maryland State Bar Association: (1) "Practice Management Series - Help When You Need It," (2) "IOLTA Management for Lawyers," and (3) "Trust Me I'm a Lawyer: Handling Trust Accounts and Fees;" and it is further

ORDERED that Respondent shall pay costs in the amount of $693.00 to the Office of Bar Counsel; and it is further

ORDERED that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk